# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
### SENTENCING



**FILED**

5:58 pm, 4/5/22

**Margaret Botkins**
**Clerk of Court**

| | | | |
|---|---|---|---|
| Date: | April 6, 2022 | Before the Honorable: | Kelly H. Rankin |
| Time: | 4:16 - 4:27 PM | Interpreter: | N/A |
| Case No: | 22-CR-48-KHR | Interpreter Phone: | N/A |

☐ Non-Public Document

__UNITED STATES OF AMERICA__   VS   __ESI ENGERY LLC__

| MiYon Bowden | Jan Davis | N/A | N/A |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**

Government: David Kubichek, Elinor Colourn, Kerry Jacobson

☐ CJA   ☐ FPD   ☑ RET   ☐ WAIVED   Defendant: Jeffrey Pope, Benjamin Wagner, Thomas Sansonetti

Other: Mitchell Ross - Defendant on behalf of ESI Energy LLC

☐ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☐ Witness(es)
☐ Exhibits received by Court

**SENTENCING INFORMATION**

☐ Defendant is committed to custody
☑ Defendant is placed on **probation** for a period of   Sixty (60) months unsupervised

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☐ Obey all laws, Federal, State & Local
☐ Abide by the standard conditions of supervision
☐ Home confinement for a period of _____
☐ Not use or possess firearms/ammunitions/explosives
☐ Not purchase, use or possess alcohol/intoxicants; frequent

☐ Report to Probation w/in 72 hours of release
☐ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☐ Not use or possess controlled substances/drugs
☐ Not open new lines of credit or incur new debt

|   |   |
|---|---|
| ☐ places where alcohol is bought, sold or dispensed | ☐ Submit to additional drug/alcohol testing and treatment |
| ☐ Submit to mandatory drug testing (w/in 15 days of release) | ☐ Mandatory drug testing is waived |
| ☐ Notify Probation of change in economic circumstance | ☐ DNA collection |
| ☐ Notify employers of conviction | ☐ Cognitive/Behavioral Treatment |
| ☐ Standard Sex Offender Conditions Apply | ☐ Submit to search as conducted by US Probation Officer |
| ☐ Mental Health evaluation and follow through | |
| ☐ Other (continued from conditions of Probation/Supervised Release) | |

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of   $150.00   as to Count(s)   1, 2, 3

For a total of:   $150.00

☑ Special assessment is due and payable immediately

☐ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than _____ prior to the expiration of supervision

☐ Special assessment shall be paid in monthly installments of at least _____ during the term of supervision

☐ Special assessment remitted upon deportation of the defendant

☐ Other _____

☑ Defendant shall pay a **fine** in the amount of   $1,861,600.00   as to Count(s)   1, 2, 3

For a total of:   $1,861,600.00

☑ Fine is due and payable immediately

☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than _____ prior to the expiration of supervision

☐ Fine shall be paid in monthly installments of at least _____ during the term of supervision

☐ Fine shall be paid jointly and severally with _____

☐ Fine is waived due to inability to pay

☐ Other _____

☑ Defendant shall make **restitution** in the amount of   $6,210,991.00   as to Count(s)   1, 2, 3

For a **total** of: _____

☐ Restitution is due and payable immediately

☐ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of the supervision but no later than _____ prior to the expiration of supervision

☐ Restitution shall be paid in monthly installments of at least _____ during the term of supervision

CRIMINAL SENTENCING MINUTE SHEET                                                                                                22-CR-48-KHR

☐ Restitution shall be paid jointly and severally with _____ during the term of supervision
☒ Other  Restitution shall be paid in one lump sum on or before October 1, 2022.
☐ Interest requirement for fine/restitution/special assessment is waived

**INMATE DETENTION STATUS**

**MISCELLANEOUS**